**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Morris L. CHUCAS, Respondent.**

**No. 359 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 7, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 7th day of August, 1997, there having been filed with this Court by Morris L. Chucas his verified Statement of Resignation dated June 24, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Morris L. Chucas be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael KELLY, Respondent.**

**No. 219 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 7, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 7th day of August, 1997, on certification by the Disciplinary Board that the respondent, MICHAEL KELLY, who was suspended by Order of this Court dated June 18, 1996, for a period of twelve months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217. Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, MICHAEL KELLY is hereby reinstated to active status, effective immediately.

ZAPPALA, J., did not participate in this matter.